UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DANNY W. FIFE,**
As Personal Representative of the
Estate of Victor D. Fife,

Plaintiff,

vs.

**FORD MOTOR COMPANY,** a
Foreign Corporation, and,

**FORD MOTOR COMPANY
GENERAL RETIREMENT PLAN,
RETIREMENT COMMITTEE,**

Defendants.

Case No. 2:14-cv-14586-MFL-MKM
Hon. Matthew F. Leitman
Mag. Judge Mona K. Majzoub

## DEFENDANTS' NOTICE OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Jason C. Schwartz of Gibson, Dunn & Crutcher, LLP, as counsel for defendants Ford Motor Company and Ford Motor Company General Retirement Plan, Retirement Committee, in the above matter.

Respectfully submitted,

/s/ Jason C. Schwartz
JASON C. SCHWARTZ
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Ave. N.W.
Washington, D.C. 20036
(202) 955-8500
jschwartz@gibsondunn.com

DATED:  June 10, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2015, I caused to be electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel for Plaintiff: spotter@potterlaw.com, rjpatterson@potterlaw.com, and rclark@potterlaw.com, and I hereby certify that I have caused to be served via U.S. mail the foregoing document to the following non-ECF participants:

(no manual recipients)

/s/ Jason C. Schwartz
JASON C. SCHWARTZ
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Ave. N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 530-4223
jschwartz@gibsondunn.com